UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   ROYAL ALLIANCE ASSOCIATES, INC. SECURITIES LITIGATION | : MDL No. 2337 <br> : 12-md-02337 |
| THIS DOCUMENT APPLIES TO: <br> All Actions | : <br> : <br> : |

### [PROPOSED] ORDER

THIS MATTER having been opened to this Court by Defendants, by and through their counsel, and upon the review and consideration of the papers submitted in support thereof, and in opposition thereto, notice having been made to all parties interest herein, and for other good cause shown,

IT IS ORDERED, this ___ day of _____, that:

1. Royal Alliance's Complaints as to all Defendants shall be dismissed with prejudice and that the parties be ordered to submit to arbitration before the Financial Industry Regulatory Authority.

AND IT IS SO ORDERED.

_____
Honorable Juan R. Sánchez, U.S. D.J.